**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 528 EAL 2017

             Respondent              :

                                         :    Petition for Allowance of Appeal from

                                         :    the Order of the Superior Court

             v.                            :

                                         :

MICHAEL L. BUDD,                        :

                                         :

             Petitioner              :


## ORDER


**PER CURIAM**

       **AND NOW**, this 10th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.